IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01284-PSF-PAC

DANIEL LUCIANO,

    Plaintiff,

v.

JESUS PEREZ;
JAIME BOTELLO;
MARGUERITA CRUZ; and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois Demestic Mutual Insurance Company,

    Defendants.

---

## ORDER TO DISMISS PARTIES

---

This matter is before the Court on the Stipulation for Dismissal With Prejudice of Plaintiff's Claims Against Defendants (Dkt. # 39).  The Court hereby ORDERS the DISMISSAL WITH PREJUDICE of all claims and causes of action against Defendants Jesus Perez, Jaime Botello and Marguerita Cruz, each party to bear his or her own costs, expenses and attorneys fees.

IT IS FURTHER ORDERED that the caption on future filings in this case be amended to reflect that State Farm Mutual Automobile Insurance Company is the sole remaining defendant in this action.

DATED:  July 3, 2007        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge