IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01284-PSF-KLM

DANIEL LUCIANO,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois Domestic Mutual Insurance Company,

    Defendant.

---

## ORDER FOR DISMISSAL OF CLAIMS

---

The Court, having reviewed the parties' Stipulation for Dismissal of Second and Third Claims for Relief With Prejudice (Dkt. # 48) and being otherwise fully advised, hereby ORDERS that the plaintiff's Second and Third Claims for Relief set forth in the Amended Complaint be and hereby are DISMISSED WITH PREJUDICE. Each party shall bear his or its own costs and attorneys fees incurred in connection with those claims.

DATED: August 10, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge