IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01284-WDM-KLM

DANIEL LUCIANO,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois domestic mutual insurance company,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Joint Motion to Suspend Final Pretrial Order and Conference Until Resolution of Pending Summary Judgment Motion** [Docket No. 60; filed March 3, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for March 10, 2008 is **VACATED** pending resolution of Defendant's Motion for Partial Summary Judgment [Docket No. 52; filed December 4, 2007]. Upon resolution of Defendant's Motion for Partial Summary Judgement, the Parties are directed to contact Chambers **within five (5) days** at (303)-844-4892 to reschedule the Final Pretrial Conference, if necessary.

    Dated: March 4, 2008