**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 06-cv-01284-WDM-KLM | **FTR** - Reporter Deck - Courtroom C-204 |
| **Date:** July 1, 2008 | Courtroom Deputy, Kathleen Finney |

DANIEL LUCIANO,                                     Richard K. Blundell

    **Plaintiff(s),**
v.

JESUS PEREZ,                                         Jon F. Sands
JAIME BOTELLO
MARGUERITA CRUZ,
STATE FARM MUTUAL AUTOMOBILE
 INSURANCE COMPANY,

    **Defendant(s).**

### COURTROOM MINUTES / MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:** 10:36 a.m.
Court calls case. Appearance of counsel.

The parties anticipate a two day trial instead of a four day trial.

Under Section 4 Stipulations, the following is added:
    #5. Plaintiff Daniel Luciano was a named insured under a State Farm Automobile insurance policy issued in the State of Nebraska, Policy #12 1130-E01-27A. The policy included underinsured and uninsured motorist coverage.
    #6. The policy was in effect on July 2, 2003.

Under Section 6 Witnesses and on the attached witness list, the following Plaintiff's may call witnesses are stricken:
    Jesus Perez, Jaime Botello, Marguerita Cruz, Brent R. Danielson, Kristine Krist.
Under Section 6 Witnesses and on the attached witness list, the following Plaintiff's may call witnesses are added:
    1. Billing patient account representative from McKee Medical Center.
    2. Billing patient account representative from Loveland Surgery Center.

    3. Billing patient account representative from Dierenfield Chiropractic.
    4. S.L. Dierenfield may testify regarding Exhibit #8 and his treatment of Plaintiff.

Plaintiff makes an oral motion regarding video preservation depositions and indicates he will file it with the Clerk of the Court. With no objection from Defendant, and in anticipation of the motion being referred for ruling,

**IT IS ORDERED:**    Plaintiff's oral motion for leave to take two video depositions for the preservation of the testimony of E. Jeffrey Donner, M.D. and Kenneth A. Pettine, M.D. for admission at trial is **GRANTED**.

(It is noted that Plaintiff's Motion is filed on July 1, 2008 as Docket #76.)

**IT IS ORDERED:**    The proposed Amended Final Pretrial Order which was submitted to the court, is approved with interlineations and made an order of court.

Hearing concluded.

**Court in recess**: 10:57 a.m.    Total time in Court: 00:21